***E-FILED 12/12/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, GLENN J. COLLYER,<br><br>    Plaintiff,<br><br>v.<br><br>WEISS, PECK AND GREER LLC, THE VENTURE BANKING GROUP, et al.,<br><br>    Defendants.<br>_____/ | NO. C 05-04211 RS<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

The above-captioned False Claims Act (FCA) qui tam action was filed on October 18, 2005. The United States declined to intervene on June 14, 2006. On October 23, 2006 plaintiff filed a first amended complaint, but has otherwise taken no action to pursue the matter.

Accordingly, IT IS HEREBY ORDERED that the plaintiff appear on **January 9, 2008 at 9:30 a.m.** in courtroom 4 of this Court and show cause why this case should not be dismissed for failure to prosecute. If plaintiff fails to show good reason for his failure to prosecute, the case will be dismissed.

Dated: December 12, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Email: Steven.Saltiel@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Glenn J Collyer
245 El Cajon Way
Los Gatos, CA 95032

Steven J. Saltiel, Esq.
Assistant U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Dated:        12/12/07

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2