**United States District Court**
For the Northern District of California

***E-FILED 3/28/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel GLENN J. COLLYER,<br><br>　　　　Plaintiff,<br>　v.<br>WEISS, PECK AND GREER, LLC, et al,<br><br>　　　　Defendants.　　　　　　　　　　／ | NO. C 05-4211 RS<br><br>**ORDER** |

On March 7, 2008, the United States filed a notice of its election to decline to intervene in this action, subsequent to the filing of the First Amended Complaint. Relator Glenn Collyer is prohibited from prosecuting this *qui tam* action on behalf of the United States under the False Claims Act as a *pro se* litigant. See *U.S. ex. rel Stoner v. Santa Clara County Office of Educ.*, 502 F.3d 1116, 1126-28 (9th Cir. 2007). Accordingly, good cause appearing, it is hereby ordered that no later than June 25, 2008, Collyer shall secure counsel, and counsel shall file a notice of appearance. In the event no appearance by counsel is made by that date, the action will be dismissed. The Case Management Conference scheduled for April 9, 2008 is vacated.

IT IS SO ORDERED.

Dated: March 28, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2 Steven J. Saltiel    Steven.Saltiel@usdoj.gov, kathy.terry@usdoj.gov

3 **AND A COPY OF THIS ORDER WAS MAILED TO:**

4 Glenn J. Collyer
245 El Cajon Way
5 Los Gatos, CA 95032

8 **Dated: 3/28/08**                                              **Richard W. Wieking, Clerk**

                                                                  **By:**     **Chambers**

ORDER
C 05-4211 RS

2