**\*E-FILED 7/7/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, GLENN J. COLLYER | NO. C 05-04211 RS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| WEISS, PECK AND GREER LLC, THE VENTURE BANKING GROUP, et al., | |
| Defendants. | |

On March 7, 2008, the United States filed a notice of its election to decline to intervene in this action. As relator Glenn Collyer is prohibited from prosecuting this *qui tam* action on behalf of the Untied States under the False Claims Act as a *pro se* litigant, this Court ordered Mr. Collyar to secure counsel no later than June 25, 2008. No appearance by counsel has been made. Therefore,

IT IS HEREBY ORDERED that the above action is dismissed, without prejudice to the United States.

Dated: July 7, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Email: Steven.Saltiel@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Glenn J Collyer
245 El Cajon Way
Los Gatos, CA 95032

Dated: 7/7/08

                                           /s/ BAK
                                           Chambers of Magistrate Judge Richard Seeborg